## THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 07-35557-H4-11 |
| DECKER OAKS DEVELOPMENT II, | § | (Chapter 11) |
| LTD. | | |

ENTERED
01/05/2010

### AGREED ORDER REGARDING THE AUTOMATIC STAY

### THIS IS A NON-STANDARD FORM AGREED ORDER
### DEBTOR IS SURRENDERING ITS INTEREST IN THE PROPERTY
### THE ORDER PROVIDES FOR PAYOFF BY A
### NON-FILING THIRD PARTY

#154

DCFS USA LLC Successor to DaimlerChrysler Financial Services Americas L.L.C. ("Movant") filed a motion for relief from the automatic stay against a 2005 Mercedes ML500, Vehicle Identification No. 4JGAB75E15A517252 (the "Property"). Movant represented to the Court that it had served the motion in accordance with all applicable rules and provided notice of the hearing. As shown by Debtor(s)' or Debtor(s)' counsel signature below, Debtor(s) have agreed to the requested relief. **As shown by signature of counsel for Susie Weedn, interested party, she agrees to the entry of the following Order:**

Accordingly, it is ordered that Movant is granted leave from the automatic stay to pursue its state law remedies against the Property, including repossession, foreclosure and/or eviction.

**Interested party, Susie Weedn, shall pay directly to Movant on or before November 30, 2009 the sum of $5,000.00. Movant accepts this amount as full satisfaction of the lien. Upon receipt of the $5,000.00, Movant will release the title, in its ordinary course of business. The title will be mailed to counsel for Debtor. Debtor and Robert Weedn will have five days from receipt by Debtor's counsel to sign the title and deliver to counsel for Susie Weedn.**

**In the event the sum of $5,000.00 is not paid to Movant on or before November 30, 2009, Movant shall exercise all rights and relief it has pursuant to the termination of the automatic stay, including repossession, foreclosure and/or eviction.**

The stay imposed by Bankruptcy Rule 4001(a)(3) does not apply.

12/31/2009      ReservedForJudgeSignature

Agreed:

AGREED AND ENTRY REQUESTED:

/s/ Margaret McClure
Margaret McClure
909 Fannin, Suite 3810

Houston, TX 77010
State Bar No.
Telephone
Fax
E-mail
ATTORNEY FOR DEBTOR(S)


/s/ Leonard Simon
Leonard Simon
2777 Allen Parkway, Ste. 800
Houston, TX 77019
ATTORNEY FOR SUSIE WEEDN



/s/ Stephen Wilcox
Stephen G. Wilcox
State Bar Number 21454300
S.D. Texas Bar Number 20929
***BASSEL & WILCOX, P.L.L.C.***
P.O. BOX 11509
Fort Worth, Texas 761110-0509
Phone 817-870-1694
Fax 817-870-1181
E-mail: swilcox@basselwilcox.com
ATTORNEYS FOR MOVANT

5617-01566-200458